**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYWANE TOUSANT,<br><br>    Petitioner,<br><br>v.<br><br>B. BIRKHOLZ,<br><br>    Respondent. | Case No. 2:22-cv-386-VBF (MAR)<br><br>JUDGMENT |

Pursuant to the Memorandum and Order Dismissing the Action,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated:  August 8, 2022                               /s/ Valerie Baker Fairbank

                                                                 _____
                                                                 HONORABLE VALERIE B. FAIRBANK
                                                                   Senior United States District Judge